# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Shears v. American Public Defense, Inc., et al.

Case Number: 1:24-cv-05904

An appearance is hereby filed by the undersigned as attorney for:

Diane Shears, Plaintiff

Attorney name (type or print): Josh Sanford

Firm: Sanford Law Firm, PLLC

Street address: 10800 Financial Centre Parkway, Suite 510

City/State/Zip: Little Rock, Arkansas 72211

Bar ID Number: AR2001037
(See item 3 in instructions)

Telephone Number: (501) 221-0088

Email Address:

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 12, 2024

Attorney signature: S/ Josh Sanford
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023