## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                              Plaintiff,

v.                                               Case No.: 1:24–cv–05904

                                                          Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2024:

      MINUTE entry before the Honorable LaShonda A. Hunt: This case has been assigned to the calendar of Judge LaShonda A. Hunt. The parties are ordered to file a Joint Initial Status Report for New Case by 9/9/24. A template for the report can be found on Judge Hunt's webpage under "Initial Status Conference and Status Report." A telephonic initial status hearing is set for 9/17/24 at 9:30 AM. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: 877–336–1828, Access Code: 4082461. Members of the public and media may call in to listen to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.