# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Diane Shears

                               Plaintiff,

v.

                                                Case No.: 1:24–cv–05904

                                                Honorable LaShonda A. Hunt

American Public Defense, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 13, 2024:

        MINUTE entry before the Honorable LaShonda A. Hunt: Parties failed to file a joint initial status report by 9/9/24 as previously ordered by the Court [3]. In fact, since that order was entered on 7/15/24, there has been no activity on the docket except the issuance of summons on 7/17/24. Accordingly, by 9/20/24, Plaintiff must file a status report advising the Court if service of process has been effectuated on Defendants. If not, Plaintiff must explain in detail what steps she has taken to serve Defendants, what communications, if any, she has had with Defendants about this case, and if she anticipates that service will be complete before the deadline under Fed. R. Civ. P. 4(m) expires. The 9/17/24 telephonic initial status hearing is stricken and reset to 10/2/24 at 9:45AM. Attorneys/parties may appear by dialing: 1–650–479–3207 and entering access code: 2311 499 1046. No attendee code is required. Please review in advance the policies governing telephonic hearings that can be found on Judge Hunt's webpage on the court website. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.