IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DIANE SHEARS**                                                                                **PLAINTIFF**

vs.                                      No. 1:24-cv-5904

**AMERICAN PUBLIC DEFENSE, INC.,**                            **DEFENDANTS**
**and LEWIS BROWN**

## **PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Order dated July 13, 2023 (ECF No. 17), Plaintiff submits the following Status Report:

1. Plaintiff filed her Complaint on July 12, 2024, and summonses for Defendants American Public Defense, Inc., and Lewis Brown were issued on July 17, 2024.

2. Plaintiff has engaged a private process server who has attempted service on Defendants at their last known address on seven separate occasions between August 18, 2024, and September 7, 2024. *See* Exhibit 1, Affidavit of Non-Service.

3. On September 13, 2024, Plaintiff mailed a copy of the Original Complaint and Summons for Defendant Lewis Brown and one copy of the Original Complaint and Summons for Defendant American Public Defense, Inc., c/o Lewis Brown, to Defendants last known address. *See* Exhibit 2, Copy of U.S. Postal Service Certified Mail Receipt.

4. Plaintiff has not received a copy of the return receipts from her attempt at delivering the summonses via certified mail, however, according to the most recent tracking information, the Complaint and Summons for Defendant Lewis Brown was delivered on September 18, 2024, and the Complaint and Summons for Defendant American Public

Defense, Inc., is still in transit. *See* Exhibit 3, Tracking information provided by USPS.

    5.    Plaintiff has had no communication with Defendants about this case since its filing.

    6.    Plaintiff's deadline to complete service under Fed. R. Civ. P. 4(m) is October 10, 2024, and Plaintiff believes service on at least one of the Defendants will be completed by then.

Respectfully submitted,

**PLAINTIFF DIANE SHEARS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com