AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:24-cv-05904

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Lewis Brown**
was recieved by me on  **8/18/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **3430 Flossmoor Rd, Flossmoor, IL 60422**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 67.84** for services, for a total of **$ 67.84**.

I declare under penalty of perjury that this information is true.

Date:   09/10/2024

*Server's signature*

**Antoinette Crosby**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**8/18/2024 3:58 PM: There was no answer at the address.
8/21/2024 3:09 PM: I spoke with an individual who identified themselves as the resident and they stated subject resides but not available at this time.
8/24/2024 5:27 PM: There was no answer at the address.
8/27/2024 10:27 AM: There was no answer at the address.  No one answer the door
8/30/2024 10:29 AM: There was no answer at the address.
9/4/2024 12:11 PM: There was no answer at the address.  2 vehicle driveway. A black Malibu EN3050 a Chrysler
 CD 24257
9/7/2024 6:31 PM: There was no answer at the address.  No answer at the door no lights on**



Tracking #: **0142434922**



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 3)

Civil Action No. **1:24-cv-05904**





Tracking #: **0142434922**