**Tracking Number:**

# 70200640000130203550

 Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 10:20 am on September 18, 2024 in FLOSSMOOR, IL 60422.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
FLOSSMOOR, IL 60422
September 18, 2024, 10:20 am

● **Out for Delivery**
FLOSSMOOR, IL 60422
September 17, 2024, 8:12 am

● **Arrived at Post Office**
GLENWOOD, IL 60425
September 17, 2024, 8:01 am

● **In Transit to Next Facility**
September 16, 2024

● **Departed Post Office**
POTTSVILLE, AR 72858
September 13, 2024, 4:33 pm

● **USPS in possession of item**
POTTSVILLE, AR 72858
September 13, 2024, 3:29 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Tracking Number:**

# 70200640000130203567

Copy    Add to Informed Delivery

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Re

**Moving Through Network**
**In Transit to Next Facility, Arriving Late**
September 17, 2024

**Departed Post Office**
POTTSVILLE, AR 72858
September 13, 2024, 4:33 pm

**USPS in possession of item**
POTTSVILLE, AR 72858
September 13, 2024, 3:27 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?**