IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DIANE SHEARS**                                                                                              **PLAINTIFF**

vs.                            No. 1:24-cv-5904

**AMERICAN PUBLIC DEFENSE, INC.,**                          **DEFENDANTS**
**and LEWIS BROWN**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Diane Shears ("Plaintiff"), by and through her undersigned counsel, for her Notice of Voluntary Dismissal without Prejudice, hereby states as follows:

1. Pursuant to Fed. R. Civ. Pro. 41(a)(1)A)(i), Plaintiff hereby voluntarily dismisses her Complaint (ECF No. 1) without prejudice.

2. No action based on or including the same claims has been previously dismissed by Plaintiff, and the opposing party has neither served an answer nor a motion for summary judgment.

Respectfully submitted,

**PLAINTIFF DIANE SHEARS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com